UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Angelique Abdul-Quddus

_____

_____
(Enter above the full name of
plaintiff in this action)

v.

Shaner Operating Corp.

_____

_____
(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: ___4:24 CV  383___
(to be supplied by Clerk
of the District Court)

**FILED
WILLIAMSPORT**

MAR 0 4 2024

PER___ N R _____
**DEPUTY CLERK**

COMPLAINT

1. The plaintiff _Angelique Abdul-Quddus_ a citizen of

the County of _Centre_ State of

Pennsylvania, residing at _122 Haverford Circle State College, PA 16803_

wishes to file a complaint under _Title VII and the ADA_
(give Title No. etc.)

_____

2. The defendant is _Shaner Operating Corp._

_____

3. STATEMENT OF CLAIM: (State below the facts of your case.  If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) On March 1, 2022, I filed a complaint with PA Human Relations Commission (PHRC no: 2021017886) for racial discrimination against Shaner Operating Corp. I was hired in 2015, and in 2019 I was awarded employee of the year and promoted to front desk supervisor. August 2021 I applied for Front desk manager and never received an interview. November 2021 I applied for assistant general manager, I wasn't hired for this position although I qualified for it. I filed the complaint above as a result of not receiving either position. At this time my counselor suggested a leave of absence due to mental state of mind I was in.

4. WHEREFORE, plaintiff prays that Shaner Operating Corp will reflect on the lost wages, emotional distress, and punitive damages caused by their company. I respectfully ask for monetary compensation for the damages listed above due to racial discrimination and retaliation that I have experienced. I have attached a document on a separate sheet describing my suffering caused by the injustices I have endured.

Angelique Abdul-Qaddus.
(Signature of Plaintiff)

3. (CONTINUED)

I requested a mental health leave and it was approved January of 2022. I continued with counseling and therapy. September 26, 2022 I was cleared to return to work 25 hours a week. On September 30, 2022 Aimee Guffey the human resource manager needed more time to accommodate the request suggested by my therapist. October 6, 2022 sent an email responding to my accommodations. October 17, 2022 I contacted Aimee Guffey about me not being delegated any task at the workplace, and how I felt retailiated against because I went the PA Human Relations. November 18, 2022 I expressed that I was in what felt to be a hostile work environment. On Sunday November 20, 2022 Aimee Guffey advised me not to go to work Monday. November 22, 2022 I attended a meeting at Shaner's corporate office with Ben Jellison and Aimee Guffey, I expressed my feelings and that due to the hostility I would like to have an inter-company transfer. I remained out of work until a solution was found. On December 9, 2022 Aimee Guffey and Mary Anslinger presented separation papers and my employment was terminated.

Angelique Abdul-Quddus.

(Signature of Plaintiff)